IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | 8:05CR147 | |
| | ) | | |
| JOSE MANUEL-MONTOYA, | ) | **SCHEDULING ORDER** | |
| | ) | | |
| Defendant. | ) | | |

IT IS ORDERED that the following is set for hearing on **May 5, 2005** at **2:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Initial Appearance/Arraignment on Indictment

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge