IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR147 |
| | ) | |
| JOSE MANUEL-MONTOYA, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following are set for hearing on **January 4, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion for Authority to Withdraw as Counsel [41]

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the court.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge