IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR147 |
| | ) | |
| JOSE MANUEL-MONTOYA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

A hearing was held on January 4, 2006 regarding defendant's Motion to Withdraw [41]. The court found irreconcilable differences between attorney and client and granted the motion.

IT IS ORDERED:

1. That the Motion to Withdraw [41] is granted. James C. Webering is given leave to withdraw.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. The Federal Public Defender shall forthwith file an appearance in this matter.

3. The time between December 30, 2005 and the filing of an entry of appearance by the Federal Public Defender is shall be deemed excusable time in any computation of time under the requirement of the Speedy Trial Act.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge