IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR147 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL MONTOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's motion for copies (Filing No. 75), and the defendant's motion to proceed in forma pauperis (Filing No. 76). In his motion for copies, defendant asks the court to send him a copy of the docket sheet. This request is granted.

THEREFORE, IT IS ORDERED:

1. The defendant's motion for copies (Filing No. 75) is granted;

2. The Clerk of Court is directed to send the defendant a copy of the docket sheet at his last known address; and

3. The defendant's motion to proceed in forma pauperis (Filing No. 76) is denied as moot.

DATED this 30th day of April, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge